IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-059-MOC-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| BOULOS FAMILY HOLDINGS, LLC, *et al.*, | ) |  |
| Defendants. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay Pending Settlement Discussions" (Document No. 4) filed April 1, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay Pending Settlement Discussions" (Document No. 4) is **GRANTED**. This matter is **STAYED** for ninety (90) days, up to and including **June 30, 2014**.

**IT IS FURTHER ORDERED** that if the parties do not reach a settlement, Defendants shall have up to and including **July 30, 2014** to answer or otherwise respond to Plaintiff's Complaint.

Signed: April 1, 2014

David C. Keesler
United States Magistrate Judge