IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-059-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BOULOS FAMILY HOLDINGS, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Unopposed Motion To Continue Stay Pending Settlement Discussions" (Document No. 7) filed June 26, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion. However, further extensions of these deadlines are unlikely to be allowed.

**IT IS, THEREFORE, ORDERED** that the "Unopposed Motion To Continue Stay Pending Settlement Discussions" (Document No. 7) is **GRANTED**. This matter is **STAYED** for ninety (90) days, up to and including **September 30, 2014**.

**IT IS FURTHER ORDERED** that if the parties do not reach a settlement, Defendants shall have up to and including **December 1, 2014** to answer or otherwise respond to Plaintiff's Complaint.

Signed: June 26, 2014

David C. Keesler
United States Magistrate Judge