# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO.  3:14-CV-059-MOC-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BOULOS FAMILY HOLDINGS, LLC, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "United States' Motion To Continue Stay Pending Finalization Of One Settlement And Further Settlement Discussions" (Document No. 11) filed September 24, 2014.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motion and the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "United States' Motion To Continue Stay Pending Finalization Of One Settlement And Further Settlement Discussions" (Document No. 11) is **GRANTED**.  This matter is **STAYED** for ninety (90) days, up to and including **December 29, 2014**.

**IT IS FURTHER ORDERED** that Defendants shall have up to and including **January 28, 2015** to answer or otherwise respond to Plaintiff's Complaint.

Signed: September 24, 2014

David C. Keesler
United States Magistrate Judge