IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-059-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| BOULOS FAMILY HOLDINGS, LLC, *et al.*, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "United States' Motion To Continue Stay Pending Finalization Of Settlement And Settlement Discussions" (Document No. 13) filed December 29, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "United States' Motion To Continue Stay Pending Finalization Of Settlement And Settlement Discussions" (Document No. 13) is **GRANTED**. This matter is **STAYED** for ninety (90) days, up to and including **February 26, 2015**.

**IT IS FURTHER ORDERED** that Defendants shall have up to and including **March 26, 2015** to answer or otherwise respond to Plaintiff's Complaint.

Signed: January 5, 2015

David C. Keesler
United States Magistrate Judge