IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-059-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| BOULOS FAMILY HOLDINGS, LLC, *et al.*, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "United States' Motion To Continue Stay Pending Court Review Of Consent Decrees" (Document No. 16) filed February 26, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "United States' Motion To Continue Stay Pending Court Review Of Consent Decrees" (Document No. 16) is **GRANTED**. This matter is **STAYED**, up to and including **May 27, 2015**.

**IT IS FURTHER ORDERED** that Defendants shall have up to and including **June 26, 2015** to answer or otherwise respond to Plaintiff's Complaint.

Signed: February 26, 2015

David C. Keesler
United States Magistrate Judge